UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cr-20475-JLK-4/Becerra

UNITED STATES OF AMERICA,

v.

HAROLD HABER and
HENRY HABER, JR.,

    Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR HEARING

THIS CAUSE is before the Court on the October 29, 2021 Report and Recommendation ("R&R") (DE 17) of Magistrate Judge Jacqueline Becerra. No objections were filed and the time to do so has passed.

After conducting a *Garcia* hearing, the R&R recommends that "following the filing of Defendants' written waiver, the Court enter an Order finding that no conflict of interest exists due to the joint representation of Defendants Harold Haber and Henry Haber, Jr., and that Defendants have knowingly, voluntarily, and intelligently waived their right to conflict-free counsel." R&R at 2. Defendants have now signed and filed their Rule 44(c) Advice and Waiver Concerning Conflict of Interest Advice of Right to Separate Counsel. *See* DE 18.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's Report and Recommendation **(DE 17)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court; and

2. There exists no conflict of interest due to the joint representation of Defendants Harold Haber and Henry Haber, Jr., and Defendants have knowingly, voluntarily, and intelligently waived their right to conflict-free counsel.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 18th day of November, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Jacqueline Becerra
      All counsel of record