UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
<u>MINUTES - SENTENCING</u>

Case No. <u>21-20461-CR-KING</u>      Date: <u>May 19, 2022</u>   Judge James Lawrence King
Defendant: **Harold Haber**            Defense counsel: <u>Juan D. Berrio, Esq.</u>
AUSA:   <u>Alexander T. Pogozelski</u>    U.S. Probation: <u>Lakeisha Brantley</u>

**JUDGMENT AND SENTENCE**

|         | **YEARS** | **MONTHS** | **DAYS** | **TIME SERVED** |
|---------|-----------|------------|----------|-----------------|
| Count I |           | 51         |          |                 |
|         |           |            |          |                 |

( ) Defendant given credit for time served
( ) CONCURRENT each count (**X**) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (**X**) none imposed   -0-
(**X**) The court orders restitution in the amount of 4,482,013.00 jointly and severally with co-defendant
( ) Count remaining  dismissed _____
(**X**) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|          | **YEARS** |
|----------|-----------|
| Counts I | 3         |
|          |           |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT each count ( ) CONSECUTIVE () Employment and Self Employment Restriction  ( ) Substance Abuse Treatment  (**X**) Financial Disclosure  (**X**) Permissible Search () Mental Health Treatment   () IRS Cooperation () Related Concerns Restrictions (**X**) Unpaid fines, restitution, and any other fines   () Return Passport to Defendant or his Counsel (**X**) No new Debt Restriction ( ) Credit Card Restriction

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
(**X**) The defendant shall surrender for service of sentence on: **until Notification by the Bureau of Prisons of place of Designation (Defendant is advised to report within 5 days of the notification)**
( ) The court recommends:
(**X**) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.        *RIGHT TO AN APPEAL GIVEN OPEN COURT*

- The Court Adopts and Affirm the Report & Recommendation for the Plea of Guilty
- The Court hereby Adjudicates the defendant Guilty
- Defense Motion for Downward Variance held
- The Court finds that the motion be and the same is hereby - **DENIED**

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Gizella Baan-Proulx